# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2012

143380

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

KEITH T. ROBINSON,
   Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143380
COA: 298929
Wayne CC: 95-010596

On order of the Court, the application for leave to appeal the April 19, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2012

Clerk

h0118